UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                                **CONSENT TO PROCEED BY TELECONFERENCE**

            -v-

BRANDON ESTEVEZ                         S1 18 -cr-669 ( ) JPO

                                Defendant(s).
------------------------------------------------------------------X

Defendant BRANDON Estevez hereby voluntarily consents to participate in the following proceeding via videoconferencing:

\_\_\_ Initial Appearance/Appointment of Counsel

\_\_\_ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

\_\_\_ Preliminary Hearing on Felony Complaint

\_\_\_ Bail/Revocation/Detention Hearing

\_\_\_ Status and/or Scheduling Conference

✓ Felony Plea/Trial/Sentence

_Brandon Estevez by James R_             _/s/_
**Defendant's Signature**                                      **Defense Counsel's Signature**
(Judge may obtain verbal consent on
Record and Sign for Defendant)

BRANDON ESTEVEZ                            JAMES ROTH
**Print Defendant's Name**                                     **Print Defense Counsel's Name**

This proceeding was conducted by reliable telephone conferencing technology and the dial-in information for the call was publicly available and provided to the press.

October 28, 2020
Date

_/s/ J. Paul Oetken_
**J. PAUL OETKEN**
United States District Judge